# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DANIEL RAY BROWN**  **PLAINTIFF**
**ADC #088140**

**v.**          **CASE NO. 4:16-CV-00902 BSM**

**ARKANSAS DEPARTMENT**
**OF CORRECTION, et al.**          **DEFENDANTS**

## ORDER

The proposed findings and recommendations [Doc. No. 8] submitted by United States Magistrate Judge Patricia S. Harris have been received. Plaintiff Daniel Brown has not filed objections. After careful consideration, the proposed findings and recommendations are adopted in their entirety. Accordingly, Brown's claims against the Arkansas Department of Correction are dismissed with prejudice.

IT IS SO ORDERED this 17th day of February 2017.

UNITED STATES DISTRICT JUDGE