IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DANIEL RAY BROWN                                                                    PLAINTIFF

V.                                    NO: 4:16CV00902 BSM/PSH

ARKANSAS DEPARTMENT
OF CORRECTION *et al*                                                          DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATION**

**INSTRUCTIONS**

The following Proposed Findings and Recommendation have been sent to Chief United States District Judge Brian S. Miller. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

**DISPOSITION**

Plaintiff Daniel Ray Brown filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on December 14, 2016, and he was granted leave to proceed *in forma pauperis* when he was in custody at the Arkansas Department of Correction. Doc. No. 7. On January 20, 2017, after Brown notified the Court he had been released from custody, the Court entered an order directing him to pay the balance of the $350.00 filing fee, or file a new application for leave to proceed *in forma pauperis* which would reflect his free-world financial status, within 30 days. Doc. No. 14. That same order warned Brown that his failure to comply would result in the recommended dismissal of his

1

complaint.

More than 30 days have passed and Brown has not paid the filing fee, filed a new application for leave to proceed *in forma pauperis*, or otherwise responded to the order. Under these circumstances, the Court concludes that Brown's complaint should be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion). In light of this recommendation, all pending motions should be denied as moot.

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Daniel Ray Brown's complaint be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. All pending motions be DENIED AS MOOT.

3. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 28th day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE