# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DANIEL RAY BROWN**                                                  **PLAINTIFF**

v.                    **CASE NO. 4:16-CV-00902 BSM**

**ARKANSAS DEPARTMENT**
**OF CORRECTION et al.**                                     **DEFENDANTS**

## **ORDER**

The proposed findings and recommendations [Doc. No. 31] submitted by United States Magistrate Judge Patricia S. Harris have been received. No objections have been filed. After careful consideration, the proposed findings and recommendations are adopted in their entirety. Accordingly, Brown's complaint is dismissed without prejudice, all pending motions are denied as moot, and it is certified that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 8th day of May 2017.

                                                     _/s/ Brian S. Miller_
                                                     UNITED STATES DISTRICT JUDGE